UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:12-cr-133-SEB-TAB-28 |
| ) | |
| LEEANN BROCK, ) | |
| ) | |
| Defendant. ) | |

**OBJECTION TO CONTINUANCE**

Defendant LEEANN BROCK, by her counsel, objects to a continuance and restates the reasons set forth in Defendant Joshua Miller's Objections.

Wherefore, Defendant prays the Court to deny the continuance and further requests all other appropriate relief as is just and proper in the premises.

Respectfully Submitted,

/s/ Belle T. Choate
Belle T. Choate (3214-49)
CHOATE & HAITH
151 N. Delaware St., Suite 740
Indianapolis, IN 46204
(317) 634-3113

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been duly served upon all counsel of record through the Court's electronic filing system on this   11   day of   June  , 2014.

/s/ Belle T. Choate
Belle T. Choate (3214-49)
CHOATE & HAITH
151 N. Delaware St., Suite 740
Indianapolis, IN 46204
(317) 634-3113