## STATE OF INDIANA
### REQUEST FOR ACCESS TO PUBLIC RECORD

From: **Roberto Aguirre**
New Castle Correctional Facility
P.O. Box A
New Castle, IN 47362

D.O.C. #: **225086**

DATE: **12-23-14**

*14 DEC 29 PM 2:24*

TO: **Clerk of the U.S District court**
**105 U.S. Court house**
**46 East Ohio Street**
**Indianapolis, IN 46204**

> If you have a question or concern about access to public records, you may contact Indiana's state Public Access Counselor. The Counselor does not maintain records for other public agencies but may be able to provide advice or assistance should you have a problems in your efforts to obtain public records from public agencies.
> Public Access Counselor
> W472 Indiana Government South
> 402 West Washington Street
> Indianapolis, IN 46204

Dear Public Official:

Pursuant to the Indiana Access to Public Records Act **(IC 5-14-3)**, I would like to obtain a copy of the following public record(s): (Be sure to describe the records sought with enough detail for the agency to respond properly.)

**USA vs. Oscar Perez (Case No. 1:12-CR-133-SEB-TAB)-1**
**I would like the complete indictment.**

Could you please inform me of the number of pages and the total cost for copying the requested document(s) prior to making the copies? You may reach me at the address listed above.

According to the statute, you have seven (7) days to respond to this request. If you choose to deny the request, then you are required to respond in writing and state the statutory exemption authorizing the withholding of all or part of the public record and the name and title or position of the person responsible for the denial.

Thank you for assistance in this matter.

*Roberto Aguirre*
Signature of Requestor

#108