UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:12-cr-0133-SEB-TAB |
| | ) | |
| THOMAS DIXON, | ) | - 38 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 18, and 26, 2022, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on October 4, 2022.  Defendant Dixon appeared in person with his appointed counsel Joseph Cleary.  The government appeared by Barry Glickman and Abhishek Kambli, Assistant United States Attorneys.  U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.      The Court advised Defendant Dixon of his rights and provided him with a copy of the petition.  Defendant Dixon orally waived his right to a preliminary hearing.

    2.      After being placed under oath, Defendant Dixon admitted violation numbers 1, and 2.  [Docket No. 2101.]

    3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility."** |
| | On September 27, 2022, the offender was evicted from the residential re-entry center for failure to follow the rules and being disrespectful to staff. |
| 2 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** |
| | As previously reported to the Court, on October 7, 2021, March 17, March 24, April 4, July 14, and August 9, 2022, the offender provided urine samples which yielded positive for amphetamines. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 27 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months with no supervised release to follow. Defendant requested placement at a facility closest to Indianapolis, Indiana.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility closest to Indianapolis, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 10/27/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system